No. 76–672.  Burlington Northern, Inc., et al. v. Sterling Colorado Beef Co. et al.  Appeal from D. C. Colo. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely appeal may be taken to the United States Court of Appeals for the Tenth Circuit.

No. 76–922.  Stivers et al. v. Minnesota et al.  Appeal from D. C. Minn.  Judgment vacated and case remanded for entry of a fresh order from which a timely appeal may be taken to the United States Court of Appeals for the Eighth Circuit.  MTM, Inc. v. Baxley, 420 U. S. 799 (1975).

No. 75–1691.  Guest, President of Methodist Hospital, et al. v. Fitzpatrick, District Attorney of Philadelphia, et al.; and

No. 75–1698.  Williamsport Hospital et al. v. Fitzpatrick, District Attorney of Philadelphia, et al.  Appeals from D. C. E. D. Pa.  [Probable jurisdiction noted, ante, p. 813.]  Judgment in No. 75–1691 vacated and case remanded with directions to dismiss cause as moot.  Judgment in No. 75–1698 vacated and case remanded for reconsideration in light of intervening circumstances.

No. 76–831.  Rahman v. Immigration and Naturalization Service.  C. A. 6th Cir.  Certiorari granted.  On representation of the Acting Solicitor General set forth in his memorandum for the United States, filed February 4, 1977, judgment vacated and case remanded for reconsideration in light of position presently asserted by the Government.